UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MATTHEW HENDERSON,

                           Plaintiff,

   -against-

METROPOLITAN LIFE INSURANCE
COMPANY.

                           Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 6646 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 18, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows: Defendant shall provide Plaintiff with the requested administrative record. By January 6, 2021, parties shall confer as to any deficiencies in the record. Parties are hereby ordered to appear for a status conference on January 15, 2021, at 10 a.m. to discuss any remaining issues.

        SO ORDERED.

Dated:    December 21, 2020          /s/_____
            New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge